United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Carlos Leslie Tennessee Bounds, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-2016 |
| | § | |
| U.S. Bank Trust National Association, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Before the Court is Magistrate Judge Richard W. Bennett's Memorandum and Recommendation ("M&R") that the Court Deny Plaintiff Carlos Leslie Tennessee Bounds's Motion for a Temporary Restraining Order. Docs. 7 (Motion), 8 (M&R). Plaintiff did not object to the M&R. Because no part of it is clearly erroneous or contrary to law, *see* Fed. R. Civ. P. 72(a), the M&R is adopted in full. Plaintiff's Motion for a Temporary Restraining Order is DENIED.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 14th of July, 2026.

_____
Nicholas J. Ganjei
United States District Judge